## MOORE, Admrx, Etc v
## FARMERS STATE & SAVINGS BANK

Ohio Appeals, 1st Dist, Butler Co

No 600. Decided Nov 15, 1933

Shotts & Millikin, Hamilton, for plaintiff in error.

W. C. Shepherd, Hamilton, for defendant in error.

Williams, Sohngen, Fitton & Pierce, Hamilton, Amicus Curiae.

For full opinion see 40 OLR 89; 190 NE 42; 47 Oh Ap 10.